No. 10–8536.  ELLIS v. EIGHTH JUDICIAL DISTRICT COURT OF
NEVADA, CLARK COUNTY, ET AL., 562 U. S. 1294;
  No. 10–8582.  BARRINO v. DEPARTMENT OF THE TREASURY
ET AL., 562 U. S. 1294;
  No. 10–8855.  POLK v. BEELER, WARDEN, ET AL., 562 U. S.
1297; and
  No. 10–8947.  IN RE NESBITT, 562 U. S. 1269.  Petitions for
rehearing denied.

MAY 2, 2011

No. 09–1521.  UNITED STATES v. EASTERN SHAWNEE TRIBE
OF OKLAHOMA.  C. A. Fed. Cir.  Certiorari granted, judgment
vacated, and case remanded for further consideration in light of
United States v. Tohono O'odham Nation, ante, p. 307.  JUSTICE
KAGAN took no part in the consideration or decision of this peti-
tion.

  No. 10–315.  SONIC AUTOMOTIVE, INC., DBA CENTURY BMW v.
WATTS ET AL.  Sup. Ct. S. C.

  No. 10–398.  CELLCO PARTNERSHIP, DBA VERIZON WIRELESS
v. LITMAN ET AL.  C. A. 3d Cir.

  No. 10–551.  LITMAN ET AL. v. CELLCO PARTNERSHIP, DBA
VERIZON WIRELESS.  C. A. 3d Cir.

  No. 10–1027.  MISSOURI TITLE LOANS, INC. v. BREWER.  Sup.
Ct. Mo.                                          Certiorari granted,
judgments vacated, and cases remanded for further consideration
in light of AT&T Mobility LLC v. Concepcion, ante, p. 333.